JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES CORONA, | CASE NO. SACV14-00158 JVS (ANx) |
| Plaintiff, | |
| vs. | ORDER RE: STIPULATION OF DISMISSAL (FRCP 41(a)(1)) |
| TARGET CORPORATION; DOES 1 to 50, | |
| Defendants. | |

**IT IS HEREBY ORDERED** that the Stipulation of Dismissal entered into between counsel for Plaintiff and Defendant on December 19, 2014 be entered as a matter of record, and the above-captioned action of "DOLORES CORONA, Plaintiff vs. TARGET CORPORATION; DOES 1 through 50, Defendants," Case No. SACV14-00158 JVS (ANx); formerly known as Case No. 30-2013-00693521-CU-PO-CJC in the Superior Court of the State of California, County of Orange, be, and is, hereby dismissed in its entirety with prejudice pursuant to FRCP 41(a)(1).

IT IS SO ORDERED

DATED: January 05, 2015    _____
Honorable James V. Selna

-1-

**[PROPOSED] ORDER RE: STIPULATION OF DISMISSAL (FRCP 41(a)(1))**

1 | United Stated District Court Judge
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER RE: STIPULATION OF DISMISSAL (FRCP 41(a)(1))**